IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gricius, Thomas J | Case Number: 07 B 08718 |
|---|---|---|
| | Gricius, Randee L | Judge: Goldgar, A. Benjamin |
| | Printed: 11/27/07 | Filed: 5/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 21, 2007
Confirmed: August 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,168.32 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,997.23 |
| Trustee Fee: | | 171.09 |
| Other Funds: | | 0.00 |
| Totals: | 3,168.32 | 3,168.32 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,504.00 | 2,997.23 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 27,686.45 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 39.71 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 52.33 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 41.03 | 0.00 |
| 7. | Nicor Gas | Unsecured | 42.06 | 0.00 |
| 8. | Portfolio Acquisitions | Unsecured | 76.24 | 0.00 |
| 9. | Interstate Credit Of D | Unsecured | 12.40 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 121.48 | 0.00 |
| 11. | AmeriCash Loans, LLC | Unsecured | 65.49 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 44.65 | 0.00 |
| 13. | Swedish Covenant Hospital | Unsecured | 10.00 | 0.00 |
| 14. | Northwest Community Hospital | Unsecured | 37.50 | 0.00 |
| 15. | AT&T | Unsecured | | No Claim Filed |
| 16. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 17. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 18. | American Debt Collection | Unsecured | | No Claim Filed |
| 19. | Illinois Dept of Human Rights | Unsecured | | No Claim Filed |
| 20. | The URO Center | Unsecured | | No Claim Filed |
| 21. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 22. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 23. | Omni | Unsecured | | No Claim Filed |
| 24. | Interstate Credit Control | Unsecured | | No Claim Filed |
| 25. | Money Control | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gricius, Thomas J  Case Number: 07 B 08718
Gricius, Randee L  Judge: Goldgar, A. Benjamin
Printed: 11/27/07  Filed: 5/12/07

| 26. Professional Account Management | Unsecured | | No Claim Filed |
|---|---|---|---|
| | | _____ | _____ |
| | | $ 31,733.34 | $ 2,997.23 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 171.09 |
| | _____ |
| | $ 171.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_